NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1410

FINISAR CORPORATION,

Plaintiff-Appellant,

v.

THE DIRECTV GROUP, INC., DIRECTV HOLDINGS LLC,
DIRECTV ENTERPRISES LLC, DIRECTV OPERATIONS LLC,
HUGHES NETWORK SYSTEMS, INC., and DIRECTV, INC.,

Defendants-Appellees.

Charles L. Roberts, Workman Nydegger, of Salt Lake City, Utah, argued for plaintiff-appellant. With him on the brief were C.J. Veverka, and David R. Todd.

Gregory A. Castanias, Jones Day, of Washington, DC, argued for defendants-appellees. With him on the brief were Jennifer L. Swize; and Victor G. Savikas, Louis L. Touton and Kevin G. McBride, of Los Angeles, California.

Appealed from: United States District Court for the Eastern District of Texas

Judge Ron Clark

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1410

FINISAR CORPORATION,

Plaintiff-Appellant,

v.

THE DIRECTV GROUP, INC., DIRECTV HOLDINGS LLC,
DIRECTV ENTERPRISES LLC, DIRECTV OPERATIONS LLC,
HUGHES NETWORK SYSTEMS, INC., and DIRECTV, INC.,

Defendants-Appellees.

## Judgment

ON APPEAL from the        United States District Court for the Eastern District of Texas

In CASE NO(S).              1:05-CV-264.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, PROST, and MOORE, Circuit Judges).

**AFFIRMED.** See Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED  *January 8, 2010*          */s/ Jan Horbaly*_____
                                          *Jan Horbaly, Clerk*